# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## August 17, 2007

[Cite as *08/17/2007 Case Announcements*, 2007-Ohio-4185.]

## MOTION AND PROCEDURAL RULINGS

**2007–0579.   Lovell v. Levin.**
Board of Tax Appeals, No. 2006–M–782. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion to strike portions of appellee's merit brief,
It is ordered by the court that the motion is denied.

**2007–0580.   Caldwell v. Levin.**
Board of Tax Appeals, No. 2006–H–548. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion to strike portions of appellee's merit brief,
It is ordered by the court that the motion is denied.

**2007–0584.   Vestfall v. Levin.**
Board of Tax Appeals, No. 2006–T–1054. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion to strike portions of appellee's merit brief,
It is ordered by the court that the motion is denied.

**2007–0586.   Huelsman v. Levin.**
Board of Tax Appeals, No. 2006–R–549. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion to strike portions of appellee's merit brief,
It is ordered by the court that the motion is denied.

**2007–0589.   Lovell v. Levin.**
Board of Tax Appeals, No. 2006–A–781. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to strike portions of appellee's merit brief,
It is ordered by the court that the motion is denied.

**2007–0892.   Lyons v. Doe.**
Hamilton App. No. C–060254. This cause is pending before the court as a discretionary appeal. On May 14, 2007, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,
It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).